

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00576-CV

**IN THE INTEREST OF J.J.B.ET AL., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00411
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant Miguel Angel Reyes' motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court